B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Tennessee

In re  Phadrea Andranetta Sims; aka Phadrea Cooper          Case No.  17-24045

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Evergreen 1 Trust | Kirkland Financial, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
FCI Lender Services, Inc.
PO Box 27370
Anaheim Hills, CA 92809

Court Claim # (if known):  4-2
Amount of Claim:  $54,190.07
Date Claim Filed:  07/13/2017

Phone: _____
Last Four Digits of Acct #:  2256

Phone: _____
Last Four Digits of Acct. #:  2256

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile          Date: 07/16/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.